# United States Bankruptcy Court
## District of Kansas

In re: **William Norman Chrestman / Cristina Renee Chrestman**, Debtor(s)

Case No.  
Chapter **7**

# DECLARATION REGARDING PAYMENT ADVICES OR EVIDENCE OF PAYMENT UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I, **William Norman Chrestman**, declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☐ I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐ I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because __

■ I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

I, **Cristina Renee Chrestman**, declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☐ I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐ I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because __

■ I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

Executed on **August 29, 2013** (date) by **/s/ William Norman Chrestman**  
**William Norman Chrestman** (debtor)

Executed on **August 29, 2013** (date) by **/s/ Cristina Renee Chrestman**  
**Cristina Renee Chrestman** (joint debtor)

**DURR SYSTEMS, INC.**
40600 PLYMOUTH ROAD
PLYMOUTH MI 48170

| Date | Employee Information | Pay Period | Check Number |
|---|---|---|---|
| 7-03-2013 | William N. Chrestman  10002111 | 6-24-13 to 6-30-13 | 25219 |

| EARNINGS | | | | | WITHHOLDINGS AND BENEFITS | | | |
|---|---|---|---|---|---|---|---|---|
| Description | Hours/Units | Rate | Amount | YTD Amount | Empr Pd | Description | Current | YTD |
| REGULR | 3.00 | 36.55 | 109.65 | 109.65 | | FWH | 202.33 | 202.33 |
| OVERTM | 12.00 | 54.825 | 657.90 | 657.90 | | MED | 23.85 | 23.85 |
| DOUBLE | 12.00 | 73.10 | 877.20 | 877.20 | | SOC | 101.97 | 101.97 |
| | | | | | | MOSWH | 110.00 | 110.00 |
| | | | | | | 401KUN | 13.50 | 13.50 |
| | | | | | | DUES1 | 13.00 | 13.00 |
| | | | | | | SCHSHP | 0.27 | 0.27 |
| | | | | | | WRKASS | 51.84 | 51.84 |
| | | | | | | PERCAP | 2.97 | 2.97 |
| | | | | | | UF | 0.27 | 0.27 |
| TOTAL | | | 1644.75 | 1644.75 | | Employee Total | 520.00 | 520.00 |
| GROSS PAY | 1644.75 | NET PAY | 1124.75 | | | Employer Total | | |

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS

Case 13-22270    Doc# 3    Filed 08/29/13    Page 2 of 11

**DURR SYSTEMS, INC.**
40600 PLYMOUTH ROAD
PLYMOUTH MI 48170

| Date | Employee Information | Pay Period | Check Number |
|---|---|---|---|
| 7-05-2013 | William N. Chrestman<br>10002111 | 7-01-13 to 7-07-13 | **25681** |

| EARNINGS |||||| WITHHOLDINGS AND BENEFITS |||
|---|---|---|---|---|---|---|---|---|
| Description | Hours/Units | Rate | Amount | YTD Amount | Empr Pd | Description | Current | YTD |
| REGULR | 8.00 | 36.55 | 292.40 | 402.05 | | FWH | 100.00 | 302.33 |
| OVERTM | 6.00 | 54.825 | 328.95 | 986.85 | | MED | 9.01 | 32.86 |
| DOUBLE | | | | 877.20 | | SOC | 38.53 | 140.50 |
| | | | | | | MOSWH | 55.00 | 165.00 |
| | | | | | | 401KUN | 7.00 | 20.50 |
| | | | | | | DUES1 | 13.00 | 26.00 |
| | | | | | | SCHSHP | 0.14 | 0.41 |
| | | | | | | WRKASS | 26.88 | 78.72 |
| | | | | | | PERCAP | 1.54 | 4.51 |
| | | | | | | UF | 0.14 | 0.41 |
| **TOTAL** | | | 621.35 | 2266.10 | | Employee Total | 251.24 | 771.24 |
| **GROSS PAY** | | 621.35 | NET PAY | 370.11 | | Employer Total | | |

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS

# The Waldinger Corporation

**CHECK NUMBER:** 582409

| Employee Id | Employee Name | Social Security # | Period Ending | Check Sort Group |
|---|---|---|---|---|
| 17395 | Chrestman, William N. | | 06/18/13 | TOPEKA |

| Net Pay Calculation | Current | YTD |
|---|---|---|
| Gross Pay | 718.56 | 22,320.27 |
| Other Earnings & Reimbursements | 2.64 | 80.80 |
| Taxes And Deductions | 122.09 | 3,866.29 |
| Net Pay | 599.11 | 18,534.78 |

| Taxes Withheld | | Current | YTD |
|---|---|---|---|
| FICA | | 44.72 | 1,388.87 |
| MEDI | | 10.46 | 324.82 |
| SIT | KS | 14.31 | 667.67 |
| Total Taxes Withheld | | 69.49 | 2,381.36 |

| Earnings Summary | Hours Current | Hours YTD | Earnings Current | Earnings YTD |
|---|---|---|---|---|
| Regular | 24.00 | 719.50 | 718.56 | 21,541.83 |
| Overtime | .00 | 8.00 | .00 | 359.28 |
| Double Time | .00 | 7.00 | .00 | 419.16 |
| Total | 24.00 | 734.50 | 718.56 | 22,320.27 |

| After Tax Deductions | Current | YTD |
|---|---|---|
| Additional Dues | 13.00 | 273.00 |
| Assessments | 36.96 | 1,131.13 |
| SMWIA Per Capita | 2.64 | 80.80 |
| Total After Tax Deductions | 52.60 | 1,484.93 |

## Current Period Earnings

| S | Hours | Rate | Amount | S | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 1 | 24.00 | 29.94 | 718.56 | | | | |

| Other Earnings & Reimb. | Taxable | Current | YTD |
|---|---|---|---|
| SMWIA Per Capita | Yes | 2.64 | 80.80 |

# The Waldinger Corporation

**CHECK NUMBER** XXXXXXXX

| Employee Id | Employee Name | Social Security # | Period Ending | Check Sort Group |
|---|---|---|---|---|
| 17395 | Chrestman, William N. | | 06/11/13 | TOPEKA |

| Net Pay Calculation | Current | YTD |
|---|---|---|
| Gross Pay | 1,197.60 | 21,601.71 |
| Other Earnings & Reimbursements | 4.40 | 78.16 |
| Taxes And Deductions | 208.82 | 3,744.20 |
| Net Pay | 993.18 | 17,935.67 |
| Direct Deposit Distributions | 993.18 | 17,935.67 |
| Check Amount | .00 | .00 |

| Earnings Summary | Hours Current | Hours YTD | Earnings Current | Earnings YTD |
|---|---|---|---|---|
| Regular | 40.00 | 695.50 | 1,197.60 | 20,823.27 |
| Overtime | .00 | 8.00 | .00 | 359.28 |
| Double Time | .00 | 7.00 | .00 | 419.16 |
| Total | 40.00 | 710.50 | 1,197.60 | 21,601.71 |

### Current Period Earnings

| S | Hours | Rate | Amount | S | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 1 | 40.00 | 29.94 | 1,197.60 | | | | |

| Other Earnings & Reimb. | Taxable | Current | YTD |
|---|---|---|---|
| SMWIA Per Capita | Yes | 4.40 | 78.16 |

| Taxes Withheld | | Current | YTD |
|---|---|---|---|
| FICA | | 74.52 | 1,344.15 |
| MEDI | | 17.43 | 314.36 |
| SIT | KS | 37.87 | 653.36 |
| Total Taxes Withheld | | 129.82 | 2,311.87 |

| After Tax Deductions | Current | YTD |
|---|---|---|
| Additional Dues | 13.00 | 260.00 |
| Assessments | 61.60 | 1,094.17 |
| SMWIA Per Capita | 4.40 | 78.16 |
| Total After Tax Deductions | 79.00 | 1,432.33 |

| Direct Deposit Distributions | Current | YTD |
|---|---|---|
| Employee Direct Deposit of Net | 993.18 | 17,935.67 |

# The Waldinger Corporation

CHECK NUMBER XXXXXXXX

| Employee Id | Employee Name | Social Security # | Period Ending | Check Sort Group |
|---|---|---|---|---|
| 17395 | Chrestman, William N. | | 06/04/13 | TOPEKA |

| Net Pay Calculation | Current | YTD |
|---|---|---|
| Gross Pay | 958.08 | 20,404.11 |
| Other Earnings & Reimbursements | 3.52 | 73.76 |
| Taxes And Deductions | 165.45 | 3,535.38 |
| Net Pay | 796.15 | 16,942.49 |
| Direct Deposit Distributions | 796.15 | 16,942.49 |
| Check Amount | .00 | .00 |

| Earnings Summary | Hours | | Earnings | |
|---|---|---|---|---|
| | Current | YTD | Current | YTD |
| Regular | 32.00 | 655.50 | 958.08 | 19,625.67 |
| Overtime | .00 | 8.00 | .00 | 359.28 |
| Double Time | .00 | 7.00 | .00 | 419.16 |
| Total | 32.00 | 670.50 | 958.08 | 20,404.11 |

### Current Period Earnings

| S | Hours | Rate | Amount | S | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 1 | 32.00 | 29.94 | 958.08 | | | | |

| Other Earnings & Reimb. | Taxable | Current | YTD |
|---|---|---|---|
| SMWIA Per Capita | Yes | 3.52 | 73.76 |

| Taxes Withheld | | Current | YTD |
|---|---|---|---|
| FICA | | 59.62 | 1,269.63 |
| MEDI | | 13.94 | 296.93 |
| SIT | KS | 26.09 | 615.49 |
| Total Taxes Withheld | | 99.65 | 2,182.05 |

| After Tax Deductions | Current | YTD |
|---|---|---|
| Additional Dues | 13.00 | 247.00 |
| Assessments | 49.28 | 1,032.57 |
| SMWIA Per Capita | 3.52 | 73.76 |
| Total After Tax Deductions | 65.80 | 1,353.33 |

| Direct Deposit Distributions | Current | YTD |
|---|---|---|
| Employee Direct Deposit of Net | 796.15 | 16,942.49 |

[🗖 New Window] [？ Help] [📝 Personalize Page] [🔗 http]

**Sprint/United Management Co**
6391 Sprint Parkway
Overland Park, KS 66251

| Pay Begin Date: | 07/27/2013 | Business Unit: | 021 |
| --- | --- | --- | --- |
| Pay End Date: | 08/09/2013 | Check #: | 13953387 |
| Pay Group: | Biweekly Arrears 9 | Check Date: | 08/16/2013 |

800-697-6000

**Cristina Chrestman**
16393 S. Sunset St.
Olathe, KS 66062

| Employee ID: | 342979 |
| --- | --- |
| Department: | 01343 - BSS Commissions |
| Location: | KSOPHI |
| Job Title: | SLS COMP ANLST I |
| Pay Rate: | $19.23   Hourly |

| TAX DATA: | Federal | KS State |
| --- | --- | --- |
| Marital Status: | Married | Joint |
| Allowances: | 3 | 2 |
| Addl. Pct.: | 0.000 | 0.000 |
| Addl. Amt.: | $0.00 | $0.00 |

### HOURS AND EARNINGS

| Description | Earnings Begin Date | Earnings End Date | Current Rate | Current Hours | Current Earnings | YTD Hours | Year To Date Earnings |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Regular | 07/27/2013 | 08/09/2013 | 19.230000 | 80.00 | 1,538.40 | 692.00 | 13,307.16 |
| PTO Sal | 07/27/2013 | 08/09/2013 | 19.230000 | 16.00 | 307.68 | 52.00 | 999.96 |
| Med Credit | | | | | 25.00 | | 200.00 |
| LifeCredit | | | | | 1.30 | | 10.40 |
| ADD Credit | | | | | 0.22 | | 1.76 |
| HolidaySal | | | | | | 16.00 | 307.68 |
| Regular | 07/27/2013 | 08/09/2013 | 19.230000 | -16.00 | -307.68 | | 0.00 |
| **Total:** | | | | **80.00** | **1,564.92** | **760.00** | **14,826.96** |

### Taxes

| Description | Current Taxes | Year To Date Taxes |
| --- | --- | --- |
| Fed Withholdng | 77.50 | 701.05 |
| Fed MED/EE | 21.96 | 209.17 |
| Fed OASDI/EE | 93.91 | 894.39 |
| KS Withholdng | 33.00 | 309.00 |
| **Total:** | **226.37** | **2,113.61** |

**Sprint/United Management Co**
6391 Sprint Parkway
Overland Park, KS 66251

800-697-6000

| | | |
|---|---|---|
| Pay Begin Date: | 07/13/2013 | Business Unit: 021 |
| Pay End Date: | 07/26/2013 | Check #: 13915693 |
| Pay Group: | Biweekly Arrears 9 | Check Date: 08/02/2013 |

**Cristina Chrestman**
16393 S. Sunset St.
Olathe, KS 66062

| | |
|---|---|
| Employee ID: | 342979 |
| Department: | 01343 - BSS Commissions |
| Location: | KSOPHI |
| Job Title: | SLS COMP ANLST I |
| Pay Rate: | $19.23  Hourly |

| TAX DATA: | Federal | KS State |
|---|---|---|
| Marital Status: | Married | Joint |
| Allowances: | 3 | 2 |
| Addl. Pct.: | 0.000 | 0.000 |
| Addl. Amt.: | $0.00 | $0.00 |

### HOURS AND EARNINGS

| Description | Earnings Begin Date | Earnings End Date | Current Rate | Current Hours | Current Earnings | YTD Hours | Year To Date Earnings |
|---|---|---|---|---|---|---|---|
| Regular | 07/13/2013 | 07/26/2013 | 19.230000 | 80.00 | 1,538.40 | 692.00 | 13,307.16 |
| Med Credit | | | | | 25.00 | | 200.00 |
| LifeCredit | | | | | 1.30 | | 10.40 |
| ADD Credit | | | | | 0.22 | | 1.76 |
| HolidaySal | | | | | | 16.00 | 307.68 |
| PTO Sal | | | | | | 52.00 | 999.96 |
| **Total:** | | | | 80.00 | 1,564.92 | 760.00 | 14,826.96 |

### Taxes

| Description | Current Taxes |
|---|---|
| Fed Withholdng | 77.50 |
| Fed MED/EE | 21.97 |
| Fed OASDI/EE | 93.92 |
| KS Withholdng | 33.00 |
| **Total:** | 226.39 |

Case 13-22270  Doc# 3  Filed 08/29/13  Page 8 of 11
https://pvmka204-a205.corp.sprint.com/psc/hr91prd/EMPLOYEE/HRMS/c/ROLE_EMPL...  8/15/2013

New Window    Help    Personalize Page    http

**Sprint/United Management Co**
6391 Sprint Parkway
Overland Park, KS 66251

800-697-6000

| | |
|---|---|
| Pay Begin Date: | 06/29/2013 |
| Pay End Date: | 07/12/2013 |
| Pay Group: | Biweekly Arrears 9 |

| | |
|---|---|
| Business Unit: | 021 |
| Check #: | 13851051 |
| Check Date: | 07/19/2013 |

**Cristina Chrestman**
16393 S. Sunset St.
Olathe, KS 66062

| | |
|---|---|
| Employee ID: | 342979 |
| Department: | 01343 - BSS Commissions |
| Location: | KSOPHI |
| Job Title: | SLS COMP ANLST I |
| Pay Rate: | $19.23  Hourly |

| TAX DATA: | Federal | KS State |
|---|---|---|
| Marital Status: | Married | Joint |
| Allowances: | 3 | 2 |
| Addl. Pct.: | 0.000 | 0.000 |
| Addl. Amt.: | $0.00 | $0.00 |

### HOURS AND EARNINGS

| Description | Earnings Begin Date | Earnings End Date | Current Rate | Current Hours | Current Earnings | YTD Hours | Year To Date Earnings |
|---|---|---|---|---|---|---|---|
| Regular | 06/29/2013 | 07/12/2013 | 19.230000 | 80.00 | 1,538.40 | | 0.00 |
| PTO Sal | 06/29/2013 | 07/12/2013 | 19.230000 | 8.00 | 153.84 | 36.00 | 692.28 |
| HolidaySal | 06/29/2013 | 07/12/2013 | 19.230000 | 8.00 | 153.84 | 16.00 | 307.68 |
| Med Credit | | | | | 25.00 | | 150.00 |
| LifeCredit | | | | | 1.30 | | 7.80 |
| ADD Credit | | | | | 0.22 | | 1.32 |
| Regular | 06/29/2013 | 07/12/2013 | 19.230000 | -16.00 | -307.68 | 548.00 | 10,538.04 |
| **Total:** | | | | 80.00 | 1,564.92 | 600.00 | 11,697.12 |

### Taxes

| Description | Current Taxes | Year To Date Taxes |
|---|---|---|
| Fed Withholdng | 77.50 | 546.05 |
| Fed MED/EE | 21.96 | 165.24 |
| Fed OASDI/EE | 93.91 | 706.56 |
| KS Withholdng | 33.00 | 243.00 |
| **Total:** | 226.37 | 1,660.85 |

New Window   Help   Personalize Page   http

**Sprint/United Management Co**
6391 Sprint Parkway
Overland Park, KS 66251

| | |
|---|---|
| Pay Begin Date: | 06/15/2013 |
| Pay End Date: | 06/28/2013 |
| Pay Group: | Biweekly Arrears 9 |

| | |
|---|---|
| Business Unit: | 021 |
| Check #: | 13808808 |
| Check Date: | 07/05/2013 |

800-697-6000

**Cristina Chrestman**
16393 S. Sunset St.
Olathe, KS 66062

| | |
|---|---|
| Employee ID: | 342979 |
| Department: | 01343 - BSS Commissions |
| Location: | KSOPHI |
| Job Title: | SLS COMP ANLST I |
| Pay Rate: | $19.23  Hourly |

| TAX DATA: | Federal | KS State |
|---|---|---|
| Marital Status: | Married | Joint |
| Allowances: | 3 | 2 |
| Addl. Pct.: | 0.000 | 0.000 |
| Addl. Amt.: | $0.00 | $0.00 |

### HOURS AND EARNINGS

| Description | Earnings Begin Date | Earnings End Date | Current Rate | Current Hours | Current Earnings | YTD Hours | Year To Date Earnings |
|---|---|---|---|---|---|---|---|
| Regular | 06/15/2013 | 06/28/2013 | 19.230000 | 80.00 | 1,538.40 | 484.00 | 9,307.32 |
| PTO Sal | 06/15/2013 | 06/28/2013 | 19.230000 | 4.00 | 76.92 | 28.00 | 538.44 |
| Med Credit | | | | | 25.00 | | 125.00 |
| LifeCredit | | | | | 1.30 | | 6.50 |
| ADD Credit | | | | | 0.22 | | 1.10 |
| HolidaySal | | | | | | 8.00 | 153.84 |
| Regular | 06/15/2013 | 06/28/2013 | 19.230000 | -4.00 | -76.92 | | 0.00 |
| **Total:** | | | | **80.00** | **1,564.92** | **520.00** | **10,132.20** |

### Taxes

| Description | Current Taxes | Year To Date Taxes |
|---|---|---|
| Fed Withholdng | 77.50 | 468.55 |
| Fed MED/EE | 21.96 | 143.28 |
| Fed OASDI/EE | 93.92 | 612.65 |
| KS Withholdng | 33.00 | 210.00 |
| **Total:** | **226.38** | **1,434.48** |

New Window   Help   Personalize Page   http

**Sprint/United Management Co**
6391 Sprint Parkway
Overland Park, KS 66251

| Pay Begin Date: | 06/01/2013 | Business Unit: | 021 |
|---|---|---|---|
| Pay End Date: | 06/14/2013 | Check #: | 13738329 |
| Pay Group: | Biweekly Arrears 9 | Check Date: | 06/21/2013 |

800-697-6000

**Cristina Chrestman**
16393 S. Sunset St.
Olathe, KS 66062

Employee ID: 342979
Department: 01343 - BSS Commissions
Location: KSOPHI
Job Title: SLS COMP ANLST I
Pay Rate: $19.23  Hourly

| TAX DATA: | Federal | KS State |
|---|---|---|
| Marital Status: | Married | Joint |
| Allowances: | 3 | 2 |
| Addl. Pct.: | 0.000 | 0.000 |
| Addl. Amt.: | $0.00 | $0.00 |

**HOURS AND EARNINGS**

| Description | Earnings Begin Date | Earnings End Date | Current Rate | Current Hours | Current Earnings | YTD Hours | Year To Date Earnings |
|---|---|---|---|---|---|---|---|
| Regular | 06/01/2013 | 06/14/2013 | 19.230000 | 80.00 | 1,538.40 | 408.00 | 7,845.84 |
| PTO Sal | 06/01/2013 | 06/14/2013 | 19.230000 | 4.00 | 76.92 | 24.00 | 461.52 |
| Med Credit | | | | | 25.00 | | 100.00 |
| LifeCredit | | | | | 1.30 | | 5.20 |
| ADD Credit | | | | | 0.22 | | 0.88 |
| HolidaySal | | | | | | 8.00 | 153.84 |
| Regular | 06/01/2013 | 06/14/2013 | 19.230000 | -4.00 | -76.92 | | 0.00 |
| **Total:** | | | | **80.00** | **1,564.92** | **440.00** | **8,567.28** |

**Taxes**

| Description | Current Taxes |
|---|---|
| Fed Withholdng | 77.50 |
| Fed MED/EE | 21.97 |
| Fed OASDI/EE | 93.91 |
| KS Withholdng | 33.00 |
| **Total:** | **226.38** |